UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHEIDA ALSTON,<br><br>       Plaintiff,<br><br>   v.<br><br>NEW YORK CITY DEPARTMET OF EDUCATION, et al.,<br><br>       Defendant(s). | 24 Civ. 09 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **February 19, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 6, 2025,** at **10:30 A.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: February 20, 2025
   New York, New York

                     DALE E. HO
                 United States District Judge